In re Petition for DISCIPLINARY AC-
TION AGAINST Daniel L.M. KENNE-
DY, a Minnesota Attorney, Registra-
tion No. 0211321.

No. A15–1698.

Supreme Court of Minnesota.

Feb. 24, 2016.

ORDER.

The Director of the Office of Lawyers
Professional Responsibility has filed a peti-
tion for disciplinary action alleging that
respondent Daniel L.M. Kennedy commit-
ted professional misconduct warranting
public discipline—namely, bringing frivo-
lous claims and violating court orders in a
bankruptcy matter, see Minn. R. Prof.
Conduct 3.1. 3.4(c), 3.4(d), and 8.4(d), and
engaging in representation despite a con-
flict of interest, see Minn. R. Prof. Conduct
1.7(a)(2).

In a stipulation for discipline, respon-
dent unconditionally admitted the allega-
tions of the petition, except for one para-
graph; waived his procedural rights under
Rule 14, Rules on Lawyers Professional
Responsibility (RLPR); and with the Di-
rector recommended that the appropriate
discipline is a public reprimand.

Based upon all the files, records, and
proceedings herein,

IT IS HEREBY ORDERED THAT:

1. Respondent Daniel L.M. Kennedy is
publicly reprimanded; and

2. Respondent shall pay $900 in costs
pursuant to Rule 24, RLPR.

BY THE COURT:

/s/————————————
David R. Stras
Associate Justice